

IN THE
TENTH COURT OF APPEALS

_____

No. 10-11-00145-CV

IN RE N.K. ANAND

_____

Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.  The stay previously issued in this

proceeding is lifted fourteen days after the date of this opinion.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Opinion delivered and filed July 20, 2011
[OT06]